IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTONIO ALCANTAR HERNANDEZ<br><br>        Defendant. | CR. No. 2-04-CR-0175 LKK<br><br>TIME EXCLUSION ORDER |

Upon motion of the United States and defendant Hernandez, the Court continues the next status conference in this case to December 11, 2007 at 9:30 a.m.. According to counsel, there is substantial discovery in this case and defense counsel needs time to review the discovery with Mr. Hernandez. The continuance is necessary for defense counsel adequately to review the discovery provided by the government and to conduct further investigation in the case. See 18 U.S.C. § 3161 (h)(8)(B)(iv) [Local Code T4].

The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A). Time, therefore, will be excluded under the Speedy Trial Act as to defendant Hernandez from November 14, 2007 up to and including December 11, 2007.

DATE: November 16, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT