IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )   CR. No. 2-04-CR-0175 LKK
            Plaintiff,           )
                                 )
     v.                          )
                                 )   TIME EXCLUSION ORDER
ANTONIO ALCANTAR HERNANDEZ       )
                                 )
            Defendant.           )
_____)

Upon motion of the United States and defendant Hernandez, the Court continues the next status conference in this case to January 15, 2008 at 9:30 a.m.. According to counsel, there is substantial discovery in this case and defense counsel needs time to review the discovery with Mr. Hernandez. The continuance is necessary for defense counsel adequately to review the discovery provided by the government and to conduct further investigation in the case. See 18 U.S.C. § 3161 (h)(8)(B)(iv) [Local Code T4].

The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A). Time, therefore, will be excluded under the Speedy Trial Act as to defendant Hernandez from December 11, 2007 up to and including January 15, 2008.

DATE: January 2, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT