GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for ANTONIO ALCANTAR HERNANDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ANTONIO ALCANTAR HERNANDEZ,<br><br>　　　　　　Defendant.<br>_____ | CR. NO. S-04-175-LKK<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

　　　Defendant Antonio Alcántar Hernández, through his appointed counsel, Gilbert A. Roque, and the United States of America, through Assistant United States Attorney Russell Carlberg, agree that the Status Conference set for January 15, 2008, at 9:30 a.m., be continued to February 12, 2008, at 9:30 a.m.

　　　In addition, it is agreed that the Court should find excludable time through February 12, 2008, pursuant to Local Rule T-4.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED: January 10, 2008　　　　　　/s/ Gilbert A. Roque
　　　　　　　　　　　　　　　　　　　GILBERT A. ROQUE, Attorney for
　　　　　　　　　　　　　　　　　　　ANTONIO ALCANTAR HERNANDEZ, Defendant

DATED: January 10, 2008　　　　　　/s/ Russell Carlberg
　　　　　　　　　　　　　　　　　　　RUSSELL CARLBERG
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: January 11, 2008

　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT