GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for ANTONIO ALCANTAR HERNANDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. S-04-175-LKK |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER |
| vs. | ) ) | TO CONTINUE STATUS CONFERENCE |
| ANTONIO ALCANTAR HERNANDEZ, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

Defendant Antonio Alcántar Hernández, through his appointed counsel, Gilbert A. Roque, and the United States of America, through Assistant United States Attorney Russell Carlberg, agree that the Status Conference set for February 12, 2008, at 9:30 a.m., be continued to March 11, 2008, at 9:30 a.m.

In addition, it is agreed that the Court should find excludable time through March 11, 2008, pursuant to Local Rule T-4.

Respectfully submitted,

DATED: February 6, 2008          /s/ Gilbert A. Roque
                                 GILBERT A. ROQUE, Attorney for
                                 ANTONIO ALCANTAR HERNANDEZ, Defendant

DATED: February 6, 2008          /s/ Russell Carlberg
                                 RUSSELL CARLBERG
                                 Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: February 11, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT